Wallace Dykeman et ux, Appellants, v. City of Tampa, Appellee.

An Appeal from the Circuit Court for Hillsborough County.

Appeal dismised on motion of counsel for Appellants.

*J. J. Lunsford,* for Appellants;

No appearance for Appellee.

---

Wallace Dykeman et ux, Appellants, v. City of Tampa, Appellee.

An Appeal from the Circuit Court for Hillsborough County.

Appeal dismissed on motion of counsel for Appellants.

*J. J. Lunsford,* for Appellants;

No appearance for Appellee.

---

Wallace Dykeman et ux, Appellants, v. City of Tampa, Appellee.

An Appeal from the Circuit Court for Hillsborough County.

Appeal dismissed on motion of counsel for Appellants.

*J. J. Lunsford,* for Appellants;

No appearance for Appellee.